FILED

2013 MAY -1  AM 11: 17

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IIPAY NATION OF SANTA YSABEL, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the State of California,<br><br>Defendant. | Case No. 12-cv-01876-BEN-RBB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Docket No. 42] |

## ORDER

Based on the stipulation of the parties to this action, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The above-titled action is dismissed with prejudice with respect to the Iipay Nation of Santa Ysabel and the California Gambling Control Commission.

2. The above-titled action is dismissed without prejudice to the Yavapai-Apache Nation to claim against the Iipay Nation of Santa Ysabel its costs of suit

and its attorney's fees incurred in this action, as provided in Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED.**

DATED: _____, 2013        _____
                                HON. ROGER T. BENITEZ
                                United States District Judge